UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Alfredo CABRERA-RUIZ, | Case No.: 25-cv-3582-AGS-JLB |
|---|---|
| Petitioner, | **ORDER GRANTING HABEAS PETITION AND ORDERING BOND HEARING** |
| v. | |
| Christopher LaROSE, et al., | |
| Respondents. | |

Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. Respondents recently acknowledged that petitioner "is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 4, at 2.) The Court agrees. Accordingly, the habeas application is **GRANTED**.

All pending deadlines and hearings before this Court are vacated. Respondents must provide petitioner with a bond hearing before an immigration judge by **January 2, 2026**.

Dated: December 23, 2025

Hon. Andrew G. Schopler
United States District Judge